455 A.2d 211

Flick v. Gray et al.

Rothenberger v. Gray et al.

Appeal of James W. Gray and Richard Gray (at Nos. 211 and 212).

Argued September 16, 1981. Joseph A. Fitzpatrick, Jr., for appellants; Armin Feldman, for Flick, appellee; David F. Snyder, Assistant Attorney General, for Commonwealth, appellee; Anthony M. Muir, for Lower Macungie Twnshp., appellee; William E. Doyle, for Nonnemaker, appellee; and Wallace C. Worth, Jr., for Rothenberger, appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Orders affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.